United States District Court
Southern District of Texas
FILED

MAR - 1 2010

, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: William R. Schneider Jr.        CASE NO. 03-20559
      Marolyn Schneider

DEBTOR        CHAPTER 12

## MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)

THE UNDERSIGNED TRUSTEE REPROTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: February 26, 2010

_[signature]_

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 Fax:(254) 853-3200

EXHIBIT A

Please check one:
 _____     small dividends
 _X_     unclaimed dividends

| NAME | AMOUNT |
|---|---|
| Texas Boll Weevil | $1.00 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: **William R. Schneider Jr.** | **CASE NO. 03-20559** |
| **Marolyn Schneider** | |
| **DEBTORS** | **CHAPTER 12** |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **William R. Schneider Jr. and Marolyn Schneider CASE NO. 03-20559** by prepaid regular U.S. Mail on this 26th day of February 2010.

M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

William R. Schneider Jr.
Marolyn Schneider
2827 Fm 892
Robstown, TX 78380

U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78476

Jan Shephard
Attorney at Law
410 S. Padre Island Dr. Ste 210
Corpus Christi, TX 78405

Texas Boil Weevil
P.O. Box 5089
Abilene, TX 79608-5089

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557

Lisa J. Nichols
Chapter 7 Trustee
410 So. Padre Island Dr. Ste. 102
Corpus Christi, TX 78405